

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER TO REINSTATE

Appellate case name:        Jonathan D. Canfield v. The State of Texas

Appellate case number:    01-12-00303-CR

Trial court case number:   1216717

Trial court:                        338th District Court of Harris County

      A record that complies with our December 12, 2012 Order of Abatement has been filed with the Clerk of this Court. Therefore, we order the appeal **reinstated**.

      Appellant's "Motion for Leave to File Appellant's Brief" is **granted**.

      It is so ORDERED.


Judge's signature: /s/ Sherry Radack
                   ☑ Acting individually    ☐ Acting for the Court


Date: January 16, 2013